UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00324-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. JOE MORENO,

    Defendant.

---

## MINUTE ORDER

ORDERED ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on August 20, 2010. A Change of Plea hearing is set for **Monday, September 13, 2010 at 11:00 a.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED. There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: August 24, 2010.