IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00324-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

2.     JOE MORENO,

     Defendant.

_____

## **AMENDED** ORDER

_____

     Defendant's Unopposed Motion to Release Joe Moreno From Custody Pending Sentencing

[filed April 16, 2013; docket #275] is **granted** pending a bond hearing before the Court.

     Entered and ordered this 19th day of April, 2013 in Denver, Colorado.

                    BY THE COURT:

                    *Michael E. Hegarty*

                    Michael E. Hegarty
                    United States Magistrate Judge