**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | June 3, 2014 | Probation: | Gary Kruck |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Tracy Weir | | |

Criminal Case No:  **10-cr-00324-WYD**          Counsel:

UNITED STATES OF AMERICA,                David A. Tonini

      Plaintiff,

v.

**2.  JOE MORENO**,                      Robert W. Pepin

      Defendant.

**SENTENCING**

**1:35 p.m.**     Court in Session - Defendant present (on bond)

> **Change of Plea Hearing - Monday, September 13, 2010, at 11:00 a.m.
> Plea of Guilty - Count One of Indictment**

      APPEARANCES OF COUNSEL.

      Court's opening remarks.

1:36 p.m.     Statement on behalf of Probation (Mr. Kruck).

1:37 p.m.     Statement on behalf of Government (Mr. Tonini).

1:38 p.m.     Statement on behalf of Defendant (Mr. Pepin).

1:39 p.m.     Statement and argument on behalf of Government (Mr. Tonini).

| | |
|---|---|
| 1:42 p.m. | Statement on behalf of Probation (Mr. Kruck). |
| 1:44 p.m. | Statement and argument on behalf of Defendant (Mr. Pepin). |
| 1:49 p.m. | Statement on behalf of Probation (Mr. Kruck). |
| 1:50 p.m. | Statement by Defendant on his own behalf (Mr. Moreno). |
| | Court makes findings. |

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility [ECF Doc. No. 348], filed May 20, 2014, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**ORDERED:** Government's Motion for a Downward Departure Pursuant to U.S.S.G § 5K1.1 and 18 U.S.C. § 3553(e) as to Defendant Joe Moreno [ECF Doc. No. 349], filed May 20, 2014, is **GRANTED.**

**ORDERED:** Defendant be **imprisoned** for **TIME SERVED.**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **2** years.

**ORDERED: Conditions** of **Supervised Release** are:

(X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)   Defendant shall not commit another federal, state or local crime.

(X)   Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)   Defendant shall comply with standard conditions adopted by the Court.

(X)   Defendant shall not unlawfully possess a controlled substance.

(X)   The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X)   The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**   **Special Condition(s)** of **Supervised Release** are:

(X)   The defendant shall participate in and successfully complete a program of testing and treatment for drug abuse as directed by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by probation.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:**   Government's Motion to Dismiss Counts Two and Six of the Indictment as to Joe Moreno at the Sentencing Hearing [ECF Doc. No. 351], filed May 20, 2014, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**ORDERED:**   Bond is **EXONERATED.**

**1:58 p.m.**   Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   :23**